UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CV ACT NO.: 1:17-cv-11909-PBS

| | |
|---|---|
| JACQUELINE TUCKER | ) |
| Plaintiffs | ) |
| vs. | ) |
| U.S. BANK, N.A. AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC, 2006-HE3, ASSET BACKED PASS-THROUGH CERTIFICATES SERIES 2006-HE3; WELLS FARGO BANK, N.A.; AND SERVICELINK FOELD SERVICES | ) |
| Defendants | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE
OF PLAINTIFF'S COUNSEL GLENN F. RUSSELL, JR.**

COMES NOW, the attorney of record for the Plaintiff, Jacqueline Tucker, who hereby respectfully files this Notice of Withdrawal, pursuant to L.R.83.5.2(c), and (d). As support for the preceding, the undersigned states that there are no current pending Motions in this matter, no trial date has been set, nor has any evidentiary hearing been set, nor are there any reports, written or oral, currently due, and therefore the undersigned respectfully submits the instant Notice of Withdrawal of Appearance.

WHEREFORE, the undersigned, Glenn F. Russell, Jr., hereby respectfully requests withdrawal of his Appearance from the instant matter, to which the Plaintiff assents thereto. Plaintiff will be served a copy of this Notice by USPS, postage prepaid.

Respectfully submitted,

*/s/ Glenn F. Russell, Jr.,*
Glenn F. Russell, Jr.,
BBO# 656914
Glenn F. Russell, Jr., & Associates, P.C.
38 Rock Street, Suite #12
Fall River, MA 02720
(508) 324-4545

1

## CERTIFICATE OF SERVICE

     I, Glenn F. Russell, Jr., attorney for the Plaintiff hereby certifies that on this the 22nd day of February 2018, a true and correct copy of the Plaintiffs' counsel's Notice of Withdrawal was served by way of the ECF/CM system to the registered participants involved in this matter, and further upon the Defendants counsel of record in this matter listed below. This Document was also caused to be placed in the mail, USPS, postage prepaid on this date, addressed to the following.

David E. Fialkow
Edward J. Mikolinski
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111


Jacqueline Tucker,
48 Narragansett Avenue,
Oak Bluffs, MA 02557.


                        */s/ Glenn F. Russell, Jr.*
                        Glenn F. Russell, Jr.