FILED
IN CLERKS OFFICE
2018 MAR 15 AM 9: 54
U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

JACQUELINE TUCKER,

    Plaintiff-Appellant

V.

CASE NO. 17-cv-11909-PBS

U.S. BANK, N.A. AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC., 2006-HE3, ASSET BACKED PASS-THROUGH CERTIFICATES SERIES 2006-HE3; WELLS FARGO BANK, N.A.; and SERVICELINK FIELD SERVICES,

    Defendants-Respondents

## NOTICE OF APPEAL

Notice is hereby given that JACQUELINE TUCKER, above named, Plaintiff, hereby appeals from the <u>Order of the Honorable, C.J. Saris</u> entered in the above entitled action on February 16, 2018.

Date: March 15, 2018

Respectfully Submitted,

_____
Jacqueline Tucker, Pro Se
8 Indian Trail
White Plains, New York 10603

By the Court,

_____
Deputy Clerk

(NoticeofAppeal.wpd - 12/98)